THE PEOPLE OF THE STATE OF NEW YORK ex rel. N. MONROE MARSHALL, Appellant, *v.* JOHN N. MOORE, as Sheriff of the County of Clinton, Respondent.

*People ex rel. Marshall* v. *Moore*, 167 App. Div. 479, affirmed.
(Argued January 12, 1916; decided February 1, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1915, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody. The grounds of appeal are that the indictment attached to the requisition by the governor of Massachusetts is formally defective in that it fails to specify " where the relator did steal," " in what state, county, country, or city the alleged offense was committed," " in what form or manner, or by what means the alleged larceny was committed," " whether the alleged offense was a felony or misdemeanor," " of what county the said grand jury or jurors were acting for in the finding of such alleged indictment, or whether the alleged grand jury or jurors were such of the county of Suffolk, Massachusetts, or jurors of some other county of Massachusetts; " that the indictment does not charge a crime, and that the relator's constitutional rights, both federal and state, were violated. There was also an objection made by the relator to the admission of typewritten copies of certain laws of Massachusetts at the hearing.

*John E. Judge* for appellant.

*Abraham C. Webber, Joseph C. Pelletier* and *Thomas D. Lavelle* for respondent.

Order affirmed; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.; WILLARD BARTLETT, Ch. J., concurs on the sole ground that while proof of the Massachusetts statutes was necessary, it was properly supplied before the Appellate Division and this court.